Morning, may it please the court. I'm Robert Jobe and I'm appearing today on behalf of the petitioner Ruby Sagrado For the first time in my life, I'm appearing before the court without being wedded to any particular position in this case USCIS made a finding that the petitioner is barred from Ever being the beneficiary of a visa petition Pursuant to section 204 C of the Immigration Act and we want to challenge that we want to challenge that Finding that she's barred under section 204 C But the statute at least in my mind is somewhat unclear about how we go about doing that I thought her problem was The first marriage is fraudulent and once you have a fraudulent marriage doesn't matter if you get a good one You're barred from adjustment of status That's their finding but the thing is your honor that the the finding that was made the first time around I don't actually construe the original decision is actually making a 204 C finding but any 204 C finding that was made in the with respect to the first petition at that time is not binding they need to Reconsider that issue in the context of the second petition that was filed And the case law on that is pretty clear. Let me just give you a couple citations to board law on that Matter of Taufik. It's 20 INN decision 166 a matter of Samson 15 INN decision 28 I'm a little bit lost on your distinction You want to go through it slowly again? Yeah, I mean essentially we want to challenge the 204 C finding and the 204 C finding that's at issue was made when the petitioner married her second husband and As a defensive matter as a defense to deportation She filed an I-130 or her husband filed an I-130 with USCIS as a predicate to her filing an application for adjustment of status And I think the important thing the thing that makes this case difficult for me Is that the I-130 in this case the petition that was filed by her husband? That's a predicate to her going being able to go forward on an application for adjustment of status But the application for adjustment of status that she was seeking to file it was a defensive application It was a defense to the charge of removal and I think that that's important because you know 242 B 9 basically says any question of law or fact that arises from a proceeding brought to remove somebody from the United States basically has to be litigated in this court and Because she filed her application Defensively it appears to me that 242 B 9 would suggest that it's this court and only this court that has jurisdiction to review The legal issues that arise from the denial of sector of the visa petition that was filed under section 204 C There's Something that I I keep remembering and then forgetting one of these Applications isn't filed by her. It's filed by her husband, right? Right and that is the visa petition that's the I-130 petition that was denied But that you know That's an interesting point Although the visa petition was filed by the husband the 204 C finding that was made in the context of that petition It relates only to the petitioner herself miss Sagrada That's the one is that the one to adjust her status to us being a spouse of an American, right? The petition is that so It's not really quite correct to say that She filed it defensively because she didn't file it at all You're right about that the husband filed it as a as a sort of a condition precedent For her being able to go forward on an application for adjustment of status But it's important to also remember that the finding that was made in the context of adjudicating that petition Relates only to her it the 204 C finding bars her from ever being the beneficiary of any petition From her current husband a future husband a parent a child Yeah, as I understand it the deal the deal is Husband says I want to keep my wife in America, right and they say No, because your wife once filed a fraudulent, right? Claim to fraudulent marriage, right? So you can't keep your wife in America, right? So I guess the issue is I you're absolutely right the husband files the petition but then the question still remains that if the The issues that arise from the denial didn't have any other claim to being in America, right? That's right She didn't I'm here on a tourist visa or something and overstated, right? That's right. She didn't have any claims her only defense to deportation Don't deport me because You should have reopened To adjudicate my husband's application to keep me in America. No what she's saying is that Essentially I was prevented by from applying for adjustment of status, which would have resulted in me getting a green card because You denied the hut my husband's petition, which was a conditioned precedent of my going forward on my adjustment application And she's saying that in in denying that petition you denied me a fair procedure because you relied for example on a statement from my ex-husband and I never had the opportunity to cross-examine him or really even Rebut that statement you relied on an investigative report that I never got to see or you know cross-examine the authors of So she's challenging the procedures. She wants to challenge the procedures underlying the to foresee finding and In order for her it's relevant to the deportation case obviously because again one it the the Visa petition that's at issue. She never had an opportunity to Appear and contest in the previous adjustment of status No, it just doesn't work that way your honor. I mean the part we explain how it works. Yeah, I don't yeah What happens in practice really is is that they say well we we looked at your file And there are these documents in your file, and we believe that there's basis here for a 204 C Well, I've read that it looked like a fraud marriage obviously In order to rebut that the statement by the husband Let's just take that as an example The only way that she could really do that is to have some opportunity to cross-examine him to question He had notice in an opportunity to appear She has she had no opportunity to cross-examine him because there isn't any opportunity to do that in these 204 C interviews in the I 130 interviews. It just doesn't happen. It's not set up They could do it, but I've never seen it happen in time I know they take hearsay evidence in immigration But what I mean is she have notice in an opportunity to be heard in that adjustment of status proceeding It depends on how you define an opportunity to be heard she had some limited opportunity to present evidence but she didn't have an opportunity for example to cross-examine her ex-husband and In our view that's that's an essential point of any challenge that we would want to make and you know ultimately we're not About the merits of that challenge we might be wrong about that. We might be right. We're really just concerned at this point is With where do we bring it do we bring it in district court or do we bring it to the Ninth Circuit and I guess You know, they're there Challenge you're saying somehow that this is unconstitutional. I don't understand. Yes, but my own view your honor on that point Is that the procedures that prevented her from getting? Becoming the beneficiary of an approved visa petition in my view. They undermine the fundamental fairness of her removal proceeding She has a right to go forward if I could examine if I could explain it She has a right to apply for adjustment of status during the course of the removal proceeding and if that's granted She gets a green card and the removal proceedings are terminated But she can only go forward on the application for adjustment of status if USCIS first adjudicates the I-130 and approves it and if the if the procedures that underlie any adjudication of the I-130 are unfair and prevent her from getting The approval to which she otherwise believes she's entitled She can't apply for the relief that she would otherwise be entitled to apply for in the removal proceeding and it's on that Once this I-130 is disapproved What kind of review of that could the husband get? It goes to the Board of Immigration Appeals and that's that's what we're saying in this case should have happened is that she had two appeals pending at the board an Appeal from the immigration judges ordering her deported and an appeal From the USCIS's denial of the I-130 and they're both supposed to be at the board Now the problem with this is that when an I-130 is denied by USCIS The petitioner, her husband, doesn't file it directly with the board He's supposed to file it with the USCIS office and then by regulation they're supposed to quote promptly Forward it to the board. They didn't Yes, he did he filed the appeal but USCIS didn't promptly forward it to the board as they were supposed to do And as a result the board didn't adjudicate the petition the appeal for four or five years But what should have happened in our view is that the government should have promptly Forwarded the appeal to the board as they were required to do by the regulations that way both of these appeals would have been pending before the board at the same time and the board in our view if Jurisdiction rests with the Ninth Circuit on this issue The board should have consolidated the two so that they come so that the two cases come before this court as a unitary Whole rather than separate pieces. I'm not sure I've got this right at all but if I understand the law correctly on this a foreigner who marries an American Does not have any right To stay in America to be with her husband The American has a right to get the foreigner a visa so that she can stay with him in America And what happened here was the husband applied to get a visa for the wife But then when the service Discovered that the whole thing was phony or at least in their opinion. It was phony. He wrote this letter saying well, I married her as So that she would pay me and she's behind on our installment payments. So I'm withdrawing my application, right? Yeah, if I could just comment his right not hers If I could just comment on that that was the original petition now, she's married to a new husband There's no doubt about the bona fides of that second marriage And the real issue is the procedures that they employed to adjudicate that second petition You're just playing out of luck if you marry a foreigner and she previously had a fraudulent marriage Yeah, keep her right The two four C finding isn't is a permanent bar to ever having any other petition approved on that person's behalf And so that's why it's it's especially important that the procedures underlying any such finding be fair because they prevent her from living With her current husband when everybody agrees that that marriage is gone preventing her really isn't the point. It's preventing him No I don't agree with that because obviously it's that sort of it rings of whether she has standing to sue he had no right to Beyond her tourist period of 30 or 90 days true But she did have a right by statute to apply for adjustment of status. I thought he applied for the adjustment of staff no, he applies he files the petition and the petition as I say is like it's a condition that It's a predicate that has to be met before she can go forward on her application for adjustment of status But the application for adjustment of status is hers and normally these are filed as what we call a one-step Her application is accompanied by his petition But she can't the judge the immigration judge on the way it's set up now can't adjudicate her application Unless there's an approval from USCIS on the petition that was filed by the US citizen spouse But ultimately she wants to challenge that and she can because under the APA obviously She'd be in a person aggrieved by agency action This court has already ruled that she in federal court would have standing to challenge the denial of the But notwithstanding the APA and notwithstanding this court's precedent that she could challenge Such a finding in federal court the BIA says she doesn't have any rights over the petition Administratively now, there's a huge inconsistency there that we think needs to be resolved But that is the regulation, but that regulation that says that that all was promulgated before Section 242 B 9 came into effect and I guess on that point your honor the question and I don't have a strong View on this but the question for the court I think is whether The regulation that was promulgated by 240 Promulgated by the government is now inconsistent with the more recently enacted 242 B 9 That says that all this stuff has to come before the Court of Appeals. Thank you counsel. Thank you Good morning, you may please the court. My name is Nicholas Harling and I represent the respondent the Attorney General of the United States The only decision before the court today is the board's denial of Sagrado's motion to reopen Because that is the only decision from which an appeal has been filed moreover and most importantly Sagrado's petition to this court is me because the relief that she seeks the consolidation of the two board appeals is unavailable Subsequent to the board's denial of her motion really ask you something about mootness that is concerned me what she really wants to do here is attack the finding that the first marriage was fraudulent and And she says that she never got a fair chance to attack it if she were correct on that and She were to get the relief she seeks here, which is an opportunity to attack that determination and She succeeded in proving that it was not a fraudulent marriage You're just having a spat and that's why her husband wrote this letter about she's behind on her installment payments. So goodbye If she succeeded in all that then I suppose she could succeed on her second adjustment of status and Get a green card and stay with husband number two Your honor, it's so why would why wouldn't it be non moot because of that? It's a nuanced distinction although she technically doesn't have the right to Appeal from the first denial of the i-130 Her current husband can't appeal that to the district court and that is where the appropriate Appeal lies this court the new husband can appeal to district court The new the new husband the second husband can appeal the Second i-130s denial to the district courts this court held in Elbez any determination regarding INS conduct during a visa petition proceedings is Collateral to a deportation order and must initially be raised in the district court so she Is it now time bark Yeah Yes under the APA there should there should not be any statute of limitations on on that appeal It's mine. So there's no time bar. Correct, Your Honor Correct, so they could leave today and go file papers in the district court. That's my understanding. Yes. Yes, Your Honor however, the distinction is Sagrada herself cannot appeal that to the district court because She's merely a beneficiary Under the i-130 and as the board's motion reopen pointed She does not have standing but her husband could I'm confused about that as you could probably tell I Thought it was the husband's right to keep the wife here and that he was the petitioner but it sounds as though both of them have Something they file she files an application he files a petition and So they both have some sort of right She can clarify it for me. No, I believe I believe that you are understanding your honor What I'm saying is that her husband because the issue here is dealing with the i-130 which was filed by her husband Then he can appeal that determination because he filed it with the district court however Could we just transfer this to the district court No, you couldn't your honor it's it's not appropriate because under 28 USC Section 1631 it reads that it could only be transferred to the district court If it could have been brought in the district court initially and because this appeal today is arising 1252 B9 and arising it's arising from an order of removal Then this court today is the appropriate and only venue for that appeal because it could not have originally been Appealed to the district court. It can't be transferred directly Going back to the board's denial of the motion reopen It was a sound decision by the board and the board gave five reasons The context of today's discussion has to take place within the requirements of a motion to reopen The first and foremost being that new evidence has to have been presented in this case. No new evidence was presented Arguably a new jurisdictional argument was presented But that doesn't satisfy the regulatory requirement of new evidence and that was the first ground upon which the board denied the motion to reopen subsequently the board found that Sagrado did not have Standing because she was merely a beneficiary under the second i-130 The board recognized that It was a separate and independent proceeding and therefore there was nothing in the regulations that required the consolidation of the two the board also recognized the unnecessary delay if they had There was no determination of how long it might take what the delay was was not a delay that of hers It was a delay of the government's because the government didn't get his part of it up there That's correct BIA. So the delay was the delay of the government's It wasn't you can't blame her for the government's delay. Can you that's true your honor However, because the nature of these two proceedings are separate then it may be separate, but they're conjoined the same way as husband and wife are separate people But there is a jointer Well, your honor even given Even if the government were to be faulted for that delay as previously mentioned, there's no doubt about it Whether as equal your honor, there is no doubt that new evidence was not presented to support this motion reopen arguably that basis for the denial Supports the board's decision by itself Well, I Hear what you're saying If there are no further questions from the panel the Respondent requests that the petition for review be denied because the board's denial of the motion reopen was neither arbitrary Irrational or contrary to law. Thank you. Thank you counsel Mr. Job you ran through your time, but why don't you take 30 seconds? It's complicated If The questions that we are trying to raise with respect to the 204 C finding here arise from the Proceeding that was brought to remove her from the United States. There is no district court review of Those questions and 242 B 9 says that explicitly. I Know that the case law that preceded 242 B 9 said district court has jurisdiction But that just begs the question is that case law still good law in view of 242 B 9 Generally, if there's no deportation or removal proceeding that was commenced. I agree. It's clear You got to go to district court But if the application for adjustment of status and the underlying visa petition are filed as a defense to removal It's not at all clear to me. I would rather be in district court, but I think Frankly the language of the statute doesn't really allow for it That's where we are today. All right. Thank you Sagrado versus holder is
judges: Fletcher B. , Kleinfeld, Duffy